IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARCUS BRADLEY,**

    **Petitioner,**

    **-vs-**        No. 05-CV-712-DRH

**DONALD GAETZ,**

    **Respondent.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 13, 2009, the report is **ADOPTED/MODIFIED** in its entirety and plaintiff's petition is **DISMISSED WITH PREJUDICE.**

                                    **JUSTINE FLANAGAN, ACTING CLERK OF COURT**

March 13, 2009                        BY: s/Robin Butler
                                                 Deputy Clerk

APPROVED: *David R Herndon*
           **CHIEF JUDGE**
           **U.S. DISTRICT COURT**